AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-02699-CDA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Marine Fisheries Service
was received by me on *(date)* 09/19/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On Sept. 23, 2024, I mailed the Summons, Complaint, Magistrate Judge Direct Assignment, Standing Order 2019-07, and Consent/Declination to Magistrate Judge by certified mail. Attached is the USPS delivery confirmation.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/02/2024

*Server's signature*

Mary O'Hara, Litigation Paralegal
*Printed name and title*

810 Third Ave., Suite 610
Seattle, WA 98104

*Server's address*

Additional information regarding attempted service, etc:



ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SO…

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 70210950000203217128

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 7:38 am on September 28, 2024 in SILVER SPRING, MD 20910.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

SILVER SPRING, MD 20910
September 28, 2024, 7:38 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

Enter tracking or barcode numbers