**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SIERRA CLUB, et al., | No. 8:24-cv-02699-TDC |
| *Plaintiffs*, | |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| *Defendants*. | |

**PLAINTIFFS' MOTION TO COMPLETE OR SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to the Amended Scheduling Order, ECF No. 61, Plaintiffs Sierra Club, Center for Biological Diversity, Healthy Gulf, Texas Campaign for the Environment, and Turtle Island Restoration Network (collectively, "Plaintiffs") hereby move this Court for an order compelling Defendants to complete the administrative record by including the following materials:

- Documents referenced in and relied upon in the final Biological Opinion challenged in this case. Decl. of Brettny Hardy, Ex. 2; *see* Hardy Decl. Exs. 3–15.

- All of the National Marine Fisheries Service's inter-agency and third-party communications relevant to the challenged Biological Opinion. *See* Hardy Decl. Ex. 1.

- Plaintiffs' public comments, including Dr. Susan C. Lubetkin's technical report and relevant attachments pertaining to oil spill risk, on the Sea Port Oil Terminal draft environmental impact statement. Hardy Decl. Exs. 16–17.

The grounds for this motion are set forth in the accompanying memorandum of law.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding their position on this motion. Defendants have stated that they oppose.

1

Respectfully submitted this 12th day of March, 2026.

/s/ Christopher D. Eaton
Christopher D. Eaton (D. Md. Bar 21544)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
ceaton@earthjustice.org

Rumela Roy (*pro hac vice*)
EARTHJUSTICE
1125 17th Street, Suite 1010
Denver, CO 80202
303-623-9466 Telephone
415-217-2040 Fax
rroy@earthjustice.org

Brettny Hardy (*pro hac vice*)
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94105
415-217-2000 Telephone
415-217-2040 Fax
bhardy@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf and Texas Campaign for the Environment*

/s/ Kristen Monsell
Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94612
510-844-7137 Telephone
510-844-7150 Fax
kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

/s/ Devorah Ancel
Devorah Ancel (*pro hac vice*)
SIERRA CLUB

2

PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
303-449-6520 Fax
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club and Turtle Island
Restoration Network*